JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  SACV 14-1296-JLS (ANx)                              Date:  August 25, 2014
Title:  James R. Lindsey et al. v. Alieu B.M. Conteh et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS) ORDER REMANDING CASE TO ORANGE COUNTY SUPERIOR COURT CASE NO. 30-2014-00739428-CU-BT-CJC**

    Defendant Alieu B. M. Conteh removed this action to federal court on August 14, 2014, on the basis of diversity jurisdiction.  (Doc. 1.)  On August 21, 2014, this Court ordered Conteh to show cause in writing no later than August 22, 2014, as to why it should not remand this action to state court because it lacked diversity jurisdiction.[1] (Doc. 15.)  The Court advised Conteh that failure to respond to the order to show cause by that date would result in the immediate remand of this matter to Orange County Superior Court.  (Id.)  To date, Conteh has not responded to the Court's order to show cause.

    Having given Conteh an opportunity to demonstrate to the Court the basis for subject matter jurisdiction, and Conteh having failed to provide any adequate basis, this case is now remanded to Orange County Superior Court, Case No. 30-2014-00739428-CU-BT-CJC.

                                                     Initials of Preparer:  tg

---

[1]  The Court ordered this expedited response in light of the apparently urgent need for adjudication on the merits in this matter.