

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| WESTERN DIVISION | SOUTHERN DIVISION |
|---|---|
| 312 North Spring Street, Room G-8 | 411 West Fourth Street, Suite 1053 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 |
| Tel: (213) 894-3535 | (714) 338-4750 |

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

August 25, 2014

Orange County Superior Court
700 Civic Center Drive West
Santa Ana, CA 92701
ATTN: Executive Office, Dept C-1
Clerk

FILED
2014 AUG 28 AM 11:46
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY LAW

Re:  Case Number: SACV14-1296 JLS (ANx)

Previously Superior Court Case No. 30-2014-00739428- CU-BT-CJC

Case Name: James R. Lindsey et al. v. Alieu B.M. Conteh et al.

Dear Sir / Madam:

Pursuant to this Court's ORDER OF REMAND issued on August 25, 2014, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U. S. District Court

By: Trina DeBose (714) 338-4568
    Deputy Clerk

☐ Western   ☐ Eastern   ☒ Southern Division

cc: Counsel of record

---

Receipt is acknowledged of the documents described herein.

8/27/14                         Clerk, Superior Court
Date                            By: _____
                                    Deputy Clerk

CV - 103 (09/08)    LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)